United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALEKSEI P.,<br>“Petitioner,” | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00458 |
| MICHAEL J. PITTS, *et al.*,<br>*in their official capacities,*<br>“Respondents.” | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Petitioner’s “Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241” (Dkt. No. 1) (“Petition”), Respondents’ “Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment” (Dkt. No. 6) (“MSJ”), the Magistrate Judge’s “Report and Recommendation to Deny Petitioner’s Habeas Petition” (Dkt. No. 9) (“R&R”), and “Petitioner’s Objections to the Magistrate Judge’s Report and Recommendation” (Dkt. No. 10) (“Objections”).

The R&R recommends that the Court (1) deny the Petition (Dkt. No. 1), (2) grant Respondent’s MSJ (Dkt. No. 6), and (3) direct the Clerk of Court to close the case. Dkt. No. 9 at 2. Petitioner timely filed objections. Dkt. No. 10.

When a party objects to a magistrate judge’s report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner’s Objections (Dkt. No. 10) and **ADOPTS** the R&R (Dkt. No. 9).

Accordingly, Respondents’ MSJ (Dkt. No. 6) is **GRANTED** and the Petition (Dkt. No. 1) is **DENIED**. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 19, 2026

Rolando Olvera
United States District Judge